```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

------------------ x
:
UNITED STATES OF AMERICA
: **ORDER**
-v-
: 24 Mag. 3223
JUSTINAS BUTKUS,
   a/k/a "Darius Karpavicius," :
:
               Defendant.
:
------------------ x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Samuel P. Rothschild;

It is found that the Complaint in the above-captioned action, 24 Mag. 3223, is currently sealed, and the United States Attorney's Office has applied to have that Complaint unsealed, it is therefore

ORDERED that the Complaint, 24 Mag. 3223, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
          December 11, 2024

                                             _____
                                             THE HONORABLE ROBYN F. TARNOFSKY
                                             UNITED STATES MAGISTRATE JUDGE