# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 26, 2024

**BY ECF**

Duty Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Justinas Butkus**
      **24-MAG-3223 (UA)**

Dear Duty Magistrate:

   Justinas Butkus, through undersigned counsel, respectfully asks the Court to issue an order permitting the government and/or pretrial services to temporarily return Mr. Butkus' passport to his possession. The basis for this request is that Mr. Butkus recently had a newborn child, and he must get his signature notarized on a paternity acknowledgment form. The only acceptable form of identification that Mr. Butkus can present is his foreign passport.

   Undersigned counsel has conferred with the government about this request. The government has no objection to the request so long as Mr. Butkus provides pretrial services and the government with an itinerary in advance for when he will pick up his passport, when he will get the form notarized, and when he will return the passport. Undersigned counsel has also contacted Mr. Butkus' supervising pretrial officer in the Northern District of Georgia, and she has informed that their office defers to the Court.

   Accordingly, Mr. Butkus asks the Court to grant the request with the instructions proposed by the government.

---

The request is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   December 26, 2024
         New York, New York